**Statement of Facts in Support of Complaint & Arrest Warrant**

1.      I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter HSI) and have been so employed for approximately nine (9) years.  Prior to my employment with ICE/HSI, I was a Special Agent with the United States Customs Service for approximately four (4) years.  As part of my duties as an agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A.  During my tenure as a Special Agent, I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18, United States Code, Section 2256) in multiple forms of media; including computer media.  I have also participated in the execution of approximately 100 search warrants, a number of which involved child exploitation and/or child pornography offenses.

2.      As a federal agent, I am authorized to investigate violations of United States laws, and to execute warrants issued under the authority of the United States.

3.      I am investigating a case of sexual exploitation of a child, specifically the production of child pornography in violation of 18 U.S.C. § 2251(a).

4.      On December 12, 2012, HSI received a referral from the Danish National Police related to a video containing child pornography.  The video had been downloaded from the Internet by law enforcement officers in Denmark.  The video appears to have been posted on the Internet on November 27, 2012.  The video was referred to U.S. law enforcement as Danish Police believed that the video had most likely been produced in the United States.

5.      The video depicts an adult female and a prepubescent female, approximately 4 or 5 years old, engaged in sexually explicit conduct.  The prepubescent female minor lacks post-secondary sexual characteristics including pubic hair and breast development.  Exif data associated with the video indicates it was produced on or about November 28, 2011. The video is 33:21 minutes in length and depicts the adult female engaging in oral sex with the prepubescent female, digitally penetrating the prepubescent female, and using a variety of devices to manipulate the prepubescent female's genitals and anus.  The adult female's face is clearly visible during parts of the video.  The video appears to have been taken with a webcam.

6.      This investigation was forwarded to your affiant from HSI and the Department of Justice's Child Exploitation and Obscenity Section in Washington, D.C.  Based on information procured by law enforcement, the female suspect was identified as Corine Danielle Motley (a/k/a Corine Gillreath) of Mary Ester, Florida.  Your affiant traveled to Corine Danielle Motley's residence in Mary Ester, Florida on the evening of December 19, 2012.  Your affiant met with Corine Danielle Motley (a/k/a Corine Gillreath).  Based on a review of the images taken from the video, your affiant confirmed that Corine Danielle Motley (a/k/a Corine Gillreath) was the adult female in the video producing the aforesaid child pornography.  Post *Miranda*, Corine Danielle Motley (a/k/a Corine

Gillreath) admitted she was the adult female in the aforementioned video that was filmed in Mary Ester, Florida.

CONCLUSION

7.      Based on the information set forth in this affidavit, I submit that there is probable cause to believe that Corine Danielle Motley (a/k/a Corine Gillreath) has produced child pornography in violation of Title 18, United States Code (U.S.C.), § 2251(a).

8.      In consideration of the foregoing, I respectfully request that this court issue an arrest warrant for Corine Danielle Motley (a/k/a Corine Gillreath).

Michael Nasca, Special Agent
Department of Homeland Security/HSI

Subscribed and sworn to before me this 20th day of December, 2012.

United States Magistrate Judge