## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    **Case Number: 3:13cr6/RV**

BRANDON C. GILLREATH

_____/

### FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts as true and accurate:

On or about December 12, 2012, the Department of Homeland Security-Homeland Security Investigations (hereinafter "HSI") received a referral from the Danish National Police related to a video containing child pornography.  The video had been obtained from the Internet by law enforcement officers in Denmark.  The video appeared to have been posted on the Internet on November 27, 2012.  The video was referred to U.S. law enforcement because the Danish National Police believed that the video had most likely been produced in the United States.  The video depicts an adult female and a prepubescent female, approximately 5 years old, engaged in sexually explicit conduct.  Data associated with the video indicates it was produced on or about November 28, 2011. The video is 33:21 minutes in length, and is briefly summarized, in part, as follows:

- The video opens depicting the prepubescent female lying naked on her back on a bed.  The adult female is seen positioning the victim on the bed with her legs spread and moving her closer to the camera.  The video appears to have been taken with a webcam.

FILED IN OPEN COURT THIS

20th day of March 2013

CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

- The adult female begins licking the prepubescent female's vaginal and anal area. The adult female also rubs the victim's exposed vagina.

- At approximately the 4:45 mark of the video, the adult female speaks to the victim while applying lubricant to her vaginal area. The adult female then asks the victim "y'ready?" The adult female then proceeds to insert a sexual device into the victim's vagina, then applies a second vibrating device to the victim's vagina, and then directs her to hold the vibrating device in place. During this sequence, the adult female periodically adjusts the camera to show the victim's face or to zoom in on the victim's vaginal and anal areas. While performing these sexual acts on the victim, the adult female is heard conversing with an unknown individual via the webcam/Internet connection.

- At approximately the 10:50 mark of the video, the adult female applies lubricant to the victim's anus. While maintaining the position of the sexual devices referenced above, the adult female inserts a third sexual device into the prepubescent victim's anus.

- At approximately the 14:40 mark, the adult female moves the victim off the camera frame and positions herself so her vaginal area is forefront. The adult female then instructs the prepubescent victim to begin licking the adult's vaginal area. The prepubescent victim begins licking the adult female's vagina while inserting a sexual device into her vagina. Throughout the performance of these sexual acts, the adult female can be heard encouraging the victim and providing instruction.

- At approximately the 19:28 minute mark, the adult female asks the unknown webcam/Internet connection individual "what would you like to see next?" and, at approximately the 19:53, the adult female inquires "you want us to do 69?" The adult female then maneuvers herself and the camera so that she is lying in the bed while the victim is lying on top of her. The victim's anal and vaginal area are facing the camera and the adult female begins licking the victim's vaginal area while inserting a sexual device into her vagina and/or digitally penetrating the victim's vagina and anus.

- At approximately the 25:00 minute mark, the prepubescent victim is maneuvered off of the adult female. The adult female advises the webcam/Internet connection individual that the victim needs to use the bathroom. The adult female then begins masturbating herself with another new sexual device. At approximately the 29:09 mark, the adult female brings the victim back into view of the camera and begins applying the sexual device referenced above to the victim's vaginal area.

- At approximately the 31:32 minute mark, the adult female can be heard stating "she came." The camera is positioned for close up viewing of the victim's vaginal area.

2



- At approximately the 32:43 mark, the adult female says "thank you sweetheart," then picks up the camera and looking into it says "see you next time sweetheart." She waves goodbye and the video ends.

This investigation was forwarded to Pensacola, Florida HSI after a "Jane Doe" arrest warrant was obtained in the District of Columbia in December, 2012. A nationwide alert was released, and co-defendant Corine D. Motley (a/k/a Corine Gillreath) was identified as the adult female noted above. HSI traveled to Motley's residence in Mary Ester, Florida on the evening of December 19, 2012. HSI met with Motley. HSI confirmed, post *Miranda*, that Motley was the adult female producing the aforesaid child pornography. Motley admitted her role in the aforementioned video -- filmed in her residence in Mary Ester, Florida. Motley further admitted these relevant facts to law enforcement: (a) that she was a webcam pornography model, (b) that she got paid approximately $300 per posted video, (c) that Brandon Gillreath, the defendant herein, helped produce the videos and they worked together in this conduct, (d) that they produced more than one pornographic video with minor victims, and (e) that some of the videos/images involved the defendant engaged in sex acts with minors. On or about December 21, 2012, the defendant was interviewed by HSI agents acting in their official capacity. At that time, falsely, the defendant informed the agents that he (the defendant) never engaged in sexual activity with minor females.

Law enforcement obtained federal search warrants for the defendants' laptop, digital camera and email accounts. As a result, law enforcement uncovered a wealth of "chats" with the defendants' customers as well as deleted images of child pornography. That is, on the digital camera were over a dozen images of Motley performing oral sex, and digital

3

penetration, on a second/different minor female.   There were also images of the defendant engaging in oral and vaginal sex with this second/different minor female.   This second/different victim was approximately 10 years old at the time the child pornography images were produced by the defendant and co-defendant.   Recently, even more minor victims have disclosed engaging in sexually explicit conduct with the defendant and co-defendant.   The defendants would use their computer to stream or video the illicit sexual sessions; thus said sessions would travel in interstate or foreign commerce to the customers who paid to view them (the digital media utilized by the defendants was also manufactured outside the state of Florida).

In sum, the defendant admits to conspiring to engage in sexually explicit conduct with his wife as it relates to multiple minor victims and to streaming the video of this conduct via the Internet (as well as taking digital images of said conduct) between November 2011 and December 2012.   Further, he admits to falsely telling federal agents that he was not engaged in such conduct when he was interviewed during the instant investigation.

**Elements of the Offense**

Eleventh Circuit Pattern Jury Instructions (2010) - Criminal, Offense Instr. No. 82 &

13.1 have been reviewed by the defendant along with his counsel.

PAMELA C. MARSH
United States Attorney

_____
CLINTON A. COUCH
Attorney for Defendant
Florida Bar No. 898181
3 West Garden Street, Suite 318
Pensacola, Florida 32502
(850) 432-3245

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Ste. 400
Pensacola, Florida 32502
850-444-4000

3/18/2013
Date

3|19|13
Date

_____
BRANDON C. GILLREATH
Defendant

3/18/13
Date

5