IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                            Case No.  3:13cr6/RV

CORINE D. MOTLEY,

     Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that CORINE D. MOTLEY, above named, hereby appeals to the

United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in

this cause on the 27th day of June 2013.

DATED this 2nd day of July 2013.

                                  */s/ Randall S. Lockhart*
                                  RANDALL S. LOCKHART
                                  Michigan Bar No. P58597
                                  Attorney for Defendant
                                  3 W. Garden Street, Ste. 200
                                  Pensacola, FL 32502
                                  (850) 432-1418
                                  Randall_Lockhart@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to DAVID GOLDBERG, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 2nd day of July 2013.

/s/ Randall S. Lockhart
RANDALL S. LOCKHART
Michigan Bar No. P58597
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Randall_Lockhart@fd.org